IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CATHOLIC RELIEF SERVICES, <br><br> Plaintiff-Appellant. | No. 25-1569 |

**UNOPPOSED MOTION OF THE UNITED STATES FOR LEAVE TO INTERVENE AS OF RIGHT UNDER 28 U.S.C. § 2403 AND FOR AN EXTENSION OF TIME TO FILE A BRIEF AS INTERVENOR**

The United States of America hereby moves under Federal Rule of Appellate Procedure 27 and Fourth Circuit Rule 27(b) for leave to intervene and for an extension of time to file a brief as intervenor by October 6, 2025.

1. Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Appellate Procedure 44, this Court has notified the Attorney General that this appeal includes a challenge to the constitutionality of Title VII of the Civil Rights Act of 1964 and the federal Equal Pay Act. Section 2403(a) provides that in any "proceeding in a court of the United States to which the United States . . . is not a party, wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question," the court "shall permit the United States to intervene . . . on the question of constitutionality." The Solicitor

3

General has authorized intervention on behalf of the United States in this appeal, and the United States requests leave to intervene under 28 U.S.C. § 2403(a).

2. The opening brief for Appellant is currently due September 4, 2025. The response brief is currently due October 9, 2025.

The United States respectfully requests an extension of time to file a brief as intervenor by October 6, 2025. An extension is necessary to allow the Solicitor General to consult with relevant government agencies and for the government to prepare a brief in accordance with the Solicitor General's instructions. *See* 28 C.F.R. § 0.20(c). In order to ensure that the parties have an opportunity to respond to the government's brief, this Court should also extend the deadline for appellee's brief to November 5, 2025.

3. We have conferred with counsel for both parties regarding this motion. Counsel for defendant-appellant consents to the motion, and counsel for plaintiff-appellee takes no position on the motion.

For the foregoing reasons, the Court should grant the United States leave to intervene in this appeal and to file a brief as intervenor by October 6, 2025.

4

Respectfully submitted,

CHARLES W. SCARBOROUGH
 (202) 514-1927

 /s/ *Lowell V. Sturgill Jr.*
LOWELL V. STURGILL JR.
(202) 514-3427

Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7531
Washington, D.C.  20530

August 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 358 words.

/s/ *Lowell V. Sturgill Jr.*
Lowell V. Sturgill Jr.