FILED: August 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1569
(1:20-cv-01815-JRR)

_____

JOHN DOE

    Plaintiff - Appellee

v.

CATHOLIC RELIEF SERVICES

    Defendant - Appellant

and

STATE OF MARYLAND; UNITED STATES OF AMERICA,

    Intervenors

_____

O R D E R
_____

Upon consideration of the unopposed motion of the United States of America to intervene as of right, the court grants the motion. Intervenors must join the brief for the party they support pursuant to Local Rule 12(e).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

<u>/s/ Nwamaka Anowi, Clerk</u>