UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1569
(1:20-cv-01815-JRR)

_____

JOHN DOE

 Plaintiff - Appellee

v.

CATHOLIC RELIEF SERVICES

 Defendant - Appellant

and

STATE OF MARYLAND; UNITED STATES OF AMERICA,

 Intervenors

------------------------------------

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS; CARDINAL NEWMAN SOCIETY; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS; ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; PROFESSOR HELEN M. ALVARE; MARYLAND CATHOLIC CONFERENCE; CATHOLIC BENEFITS ASSOCIATION

 Amici Supporting Appellant

_____

O R D E R

_____

Upon consideration of the government's unopposed motion requesting a stay of the briefing schedule in light of the lapse of appropriations, the court grants the motion and suspends briefing pending further order of the court.

        For the Court--By Direction

        <u>/s/ Nwamaka Anowi, Clerk</u>