|  |  |  |
|---|---|---|
| JOHN DOE, | * | |
| | * | |
| Plaintiff-Appellee, | * | IN THE UNITED STATES |
| | | COURT OF APPEALS |
| v. | * | FOR THE FOURTH CIRCUIT |
| | * | |
| CATHOLIC RELIEF SERVICES, | | |
| | * | CASE NO. 25-1569 |
| Defendant-Appellant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO AMEND APPEAL BRIEFING SCHEDULE

All parties in this case—Plaintiff-Appellee John Doe, Defendant-Appellant Catholic Relief Services, and Intervenors the United States of America and the State of Maryland—respectfully move to amend certain dates and deadlines in the amended briefing order entered by the Court on November 17, 2025, Doc. No. 74. As set forth below, good cause exists to extend the deadlines for Appellee's response brief, Appellant's reply brief, and Intervenors' respective briefs in a fashion commensurate with the deadlines in effect prior to the lapse in federal government appropriations. In support of this motion, the parties state as follows:

1.  Appellant filed its opening brief and the joint appendix on September 4, 2025.

2.  On June 13, 2025, Appellant gave notice pursuant to Federal Rule of Appellate Procedure 44 that the appeal may call into question the constitutionality

of federal and state statutes. Accordingly, both the United States and the State of Maryland have intervened in this appeal as of right. *See* Doc Nos. 21-24.[1]

3.      On August 26, 2025, the United States filed a Motion for Leave to File a Separate Brief as Intervenor and for Extension of Time. Doc. No. 25. In its motion, the United States stated: "The Solicitor General is still considering what position the United States will take on each of those issues, and the government's position may not precisely align with either of the parties." *Id.* ¶ 1. The United States also requested in its motion an extension of the deadline for Appellee's Response Brief to November 5, 2026, to which all parties consented. Doc. No. 25 at ¶ 2 ("In order to ensure that the parties have an opportunity to respond to the government's brief, this Court should also extend the deadline for appellee's brief to November 5, 2025.").

4.      The Court granted the United States' motion, allowing it to file a separate brief on October 6, 2025, with that brief considered separately from others for purposes of the applicable word limits. Doc. No. 27. It also extended the deadline for Appellee's response brief to November 5, 2025 and extended the deadline for Appellant's reply brief to December 5, 2025. Doc. No. 29. Finally, it granted a

---

[1] The parties note that *Zinski v. Liberty University, Inc.*, No. 25-1581, and *General Conference of Seventh-day Adventists v. Horton*, No. 25-1735, have previously been identified as raising issues similar to those in this case.

motion by the State of Maryland to file a separate brief, due November 5, 2025, with that brief considered separately from others for purposes of the applicable word limits. Doc. No. 32. Thus, the schedule in effect was as follows:

    a. United States' intervenor brief:        October 6, 2025

    b. Appellee's response brief:           November 5, 2025

    c. State of Maryland's intervenor brief:   November 5, 2025

    d. Appellant's reply brief:            December 5, 2025

5.      On October 2, 2025, the United States filed an unopposed motion requesting a stay of the briefing schedule in light of the lapse of appropriations, requesting that "all current deadlines for the parties be extended for the number of days commensurate with the duration of the lapse in appropriations, plus an additional 14 days." Doc. No. 71. The Court granted the motion that same day, and suspended all briefing pending further order of the court. Doc. No. 72.

6.      On November 17, 2025, the Court entered an amended briefing order setting the deadlines for Appellee's response brief and the United States' and State of Maryland's intervenor briefs on or before December 17, 2025 and Appellant's reply brief within 21 days of service of the response brief. Doc. No. 74.

7.      The parties submit that good cause exists to modify the briefing schedule. In light of the United States' position, and as reflected in the agreed-upon briefing schedule that previously was in effect, Appellee will need additional time

to review the United States' brief to respond appropriately. The schedule proposed below is consistent with both the schedule previously in effect and the schedule requested in the United States' October 2, 2025 motion. Moreover, granting an extension to stagger the parties' briefing will take into account the parties' respective schedules and the intervening holidays.

8.      The proposed extension is modest, will not prejudice any party, and will ensure that all parties have a fair and reasonable opportunity to develop and present their arguments for consideration by the Court.

9.      Accordingly, the parties respectfully request modification to the briefing schedule as follows:

    a. United States' intervenor brief:       December 2, 2025

    b. Appellee's response brief:          January 2, 2026

    c. State of Maryland's intervenor brief:    January 2, 2026

    d. Appellant's reply brief:            February 2, 2026

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion to Amend the Appeal Briefing Schedule.

Respectfully submitted,

/s/ Eve L. Hill
Eve L. Hill, Esq.
Lauren DiMartino, Esq.
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
ldimartino@browngold.com

Shannon C. Leary, Esq.
James A. Hill, Esq.
GILBERT EMPLOYMENT LAW, P.C.
1100 Wayne Ave, Suite 900
Silver Spring, Maryland 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Sleary-efile@gelawyer.com
Jhill@gelawyer.com

Anthony J. May, Esq.
NUSINOV SMITH LLP
2800 Quarry Lake Drive, Suite 160
Baltimore, MD 21209
Telephone: (410) 554-3600
Facsimile: (410) 554-3636
amay@nusinovsmith.com

*Counsel for Plaintiff-Appellee*

/s/ Joe Dugan
Joe Dugan
Brandon K. Wharton
GALLAGHER LLP
218 N. Charles Street, Ste. 400
Baltimore, Maryland 21201
Tel: (410) 951-1421
Fax: (410) 468-2786
jdugan@gallagherllp.com
bwharton@gallagherllp.com

*Counsel for Defendant-Appellant*

CHARLES W. SCARBOROUGH
(202) 514-1927

/s/ Lowell V. Sturgill Jr.
LOWELL V. STURGILL JR.
Attorneys,
Appellate Staff Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7531
Washington, D.C. 20530
(202) 514-3427
Lowell.sturgill@usdoj.gov

*Counsel for Intervenor*
*The United States of America*

Anthony G. Brown
Attorney General of Maryland

/s/ Joshua M. Segal
Joshua M. Segal
Principal Deputy Solicitor General

200 St. Paul Place
Baltimore, Maryland 21202
Telephone: (410) 576-6446
Facsimile: (410) 576-6955
jsegal@oag.state.md.us

*Attorneys for Intervenor*
*State of Maryland*