FILED: November 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1569
(1:20-cv-01815-JRR)

_____

JOHN DOE

    Plaintiff - Appellee

v.

CATHOLIC RELIEF SERVICES

    Defendant - Appellant

and

STATE OF MARYLAND; UNITED STATES OF AMERICA,

    Intervenors

------------------------------------

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS; CARDINAL NEWMAN SOCIETY; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS; ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; PROFESSOR HELEN M. ALVARE; MARYLAND CATHOLIC CONFERENCE; CATHOLIC BENEFITS ASSOCIATION

    Amici Supporting Appellant

_____

O R D E R

_____

The court grants the motion to amend the briefing schedule as follows:

Intervenor brief (United States) due: 12/02/2025

Response brief due: 01/02/2026

Intervenor brief (State of Maryland) due: 01/02/2026

Any reply brief due: 02/02/2026

                                                For the Court--By Direction

                                                <u>/s/ Nwamaka Anowi, Clerk</u>