# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 25-1569, John Doe v. Catholic Relief Services

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Zinski v. Liberty Univ., Inc., No. 25-1228 - calls into question the scope of the Title VII religious employer exemption, the application of the church autonomy doctrine, and the application of RFRA in a private-party dispute
> Gen. Conf. of Seventh-Day Adventists, et al. v. Horton, et al., No. 25-1735 - calls into question the constitutionality of MFEPA's religious employer exemption following the Maryland Supreme Court's certified question ruling in Doe v. CRS

Signature: /s/ Joe Dugan        Counsel for: Catholic Relief Services

Date: 12/16/2025

**File using event: RESPONSE/ANSWER (to Similar Case notice)**