# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 5, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 25-1569,   John Doe v. Catholic Relief Services
1:20-cv-01815-JRR

TO:   John Doe

FILING CORRECTION DUE:  January 12, 2026

Please make the correction identified below and file a corrected document by the date indicated.

[x] Incorrect event used. Please refile document using [BRIEF and select "Response" as the type of brief.

C. Halupa, Deputy Clerk
804-916-2702