Exhibit 1

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JOHN DOE,

*Plaintiff-Appellee,*

v.

CATHOLIC RELIEF SERVICES,

*Defendant-Appellant,*

AND

STATE OF MARYLAND; UNITED STATES OF AMERICA,

*Intervenors.*

**On Appeal from the United States District Court for the District of Maryland at Baltimore**

No. 1:20-cv-01815-JRR; Hon. Julie R. Rubin

**Affidavit of Attorney Robin B. Wagner**

ATTORNEYS

Adam Farra
Farra & Wang
1300 I Street NW, 400E
Washington, DC 20005
202-505-5989
afarra@farrawang.com

*Counsel for Amici Curiae*

JANUARY 9, 2026

## AFFIDAVIT OF ROBIN B. WAGNER

I, Robin B. Wagner, am a licensed attorney in the State of Michigan, P79408.

1. *Amici* J. Doe 2-12, Nathan Rawe, Sarah Penniman-Morin, and Mitchell Boutin, all current or former employees of Defendant-Appellant Catholic Relief Services, engaged me to represent them in preparing the Amicus Brief in the above-captioned matter, to which this affidavit is attached.

2. I met with these *amici* in preparation of the brief they submit and sent them each a questionnaire asking them to identify themselves, their years of service at CRS, their work for CRS, any protected characteristics they might have that are the subject of federal employment discrimination laws, and to explain why they are stepping forward to support Plaintiff-Appellee's claims against CRS.

3. I have presented all of the information provided by these individuals into tabular form and have not edited their words except to redact identifying statements or comments and

instructions that are covered by attorney-client privilege. These statements are found in Attachment A to this affidavit.

4. I also attach to this affidavit a letter written to CRS in August of 2022 and signed by numerous employees. I received this letter from one of the *amici* who has explained that this is a true and accurate reproduction of the letter they submitted to CRS in August of 2022 in support of Plaintiff-Appellee.

I have nothing further to declare.

Signed by:

_Robin B. Wagner_

Dated:

Robin B. Wagner P79408

Robin Wagner Law, PLLC
402 W. Liberty Street
Ann Arbor, MI 48103
734-294-3035
robin@robinwagnerlaw.net
https://robinwagnerlaw.net

Notary:

State of Michigan, County of Washtenaw

On this the 9th day of January, 2026

Notary: _____

LAURENCE H MARGOLIS
Notary Public - State of Michigan
County of Washtenaw
My Commission Expires Sep 19, 2029
Acting in the County of _____

3

ATTACHMENT A

**CRS Employee Amici's Information and Responses to Questions about Why They Signed on to this Amicus Brief in Support of Mr. Doe's Lawsuit Against Their Current or Former Employer Catholic Relief Services**

| Name / Alias | Years at CRS | Role at CRS | Statement |
|---|---|---|---|
| J. Doe 2 | 10 years, Current employee | Global programs | **Questionnaire:** Per the law, he is entitled to the same rights. As on organization, we serve the vulnerable. Our employees should be extended the same care. Over 40 and one of the few women in leadership in my CP. Over age 40 |
| J. Doe 3 | 4 years, Current employee | Advisor for operations | **Questionnaire:** No one person or organization can play God and give two people two different sets of resources based on their own Interpretation of the Bible, when neither person has enacted any suffering to another. Over age 40 |
| Nathan Rawe | 10 years, Past employee | Supply chain | **Questionnaire:** As a member of the LGBTQIA+ community, there were times that were made very difficult for me at CRS. Discrimination is not a part of the definition of the Catholic faith in which I was raised and I expect CRS and particularly its leadership to be better and actually ensure the dignity of its staff. I certainly feel that I and others were denied that dignity. Over age 40 |
| J. Doe 4 | 19 years, Past employee | Various roles, most recent business | **Questionnaire:** He is legally married. I believe really just organizations should have certain allowances are considerations, but they should not be allowed to ignore the law. Over age 40 |
| Sarah Penniman-Morin | 8 years, Past employee | Sr. Director for Global SC | **Questionnaire:** Equality of access to healthcare (and thus dignity) under CRS employment. Also, honoring commitments made to people recruited to work at CRS. Over age 40 |
| J. Doe 5 | 9 years, Current employee | Supply chain | **Questionnaire:** To know that human dignity is conditional in the eyes of an organization otherwise rooted in inclusivity and respect, especially for minority groups and various religious |

| | | | |
|---|---|---|---|
| | | | beliefs, is incompatible with how I experience upholding the mission of CRS. The supremacy of heteronormative relationships is traditional in the Catholic Church, yes, but not in US employment law. It feels like an active disrespect of the dignity of a vulnerable minority group. Throughout this process, been faced with my privilege in a hetero marriage, which has, in turn, catalyzed my duty to represent my fellow queers in speaking out against this clear discrimination and inequity.<br><br>The fear that this could extend beyond sexual orientation discrimination and into other protected characteristics is worrying. [Redacted for identifying information about a protected characteristic] |
| **Mitchell Boutin** | **3.75 years, Past employee** | **Business development and strategic growth** | **Questionnaire**: I lived through the same situation with CRS while married to my same-sex partner from 2016 to when I decided to leave CRS in 2018. Religion, agnostic. Over age 40 |
| **J. Doe 6** | **5 years, Current employee** | **Evaluation** | **Questionnaire:** Human dignity, morals, US labor policy. Religion (non-Catholic). Over age 40 |
| **J. Doe 7** | **6 years, Past employee** | **Worked with an HR equity and diversity team, programs overseas** | **Questionnaire:** Worked in Programs in Africa/Central Asia, then at HQ with the Human Resources team. CRS started a diversity and equity team in 2020; I've included a screenshot below [see image on last page of this exhibit] of the mission of that team.<br>. . . [redacted for privilege] |

| | | | |
|---|---|---|---|
| | | | Mr. Doe's case against CRS matters to me because it was a core reason I chose to leave the agency. In my last position our mission was to uphold the dignity of each individual and create an inclusive, equitable culture. However, while we focused on multiple demographics, the LGBTQ+ community was not truly included. There were multiple listening sessions with contradictory language around how CRS supported LGBTQ+ colleagues, while at the same time had to adhere to Catholic Moral Teaching. The flip-flop from affirming non-discrimination to affirming discriminatory practices was hurtful. With international rules-based order and norms, the burden of proof lies with the oppressor, not the oppressed. Also, while the claim is that the institution of marriage in the Church is between a man and a woman, what do government/organizational benefits have to do with this scripture? While I fully believed in CRS's mission - it felt like I could not uphold the organization's vision when my own personal identity was contested, and could not truly create an inclusive culture when we couldn't even talk clearly about the LGBTQ+ community. I am non-Catholic and was a gay man in a work area that was mostly women. |
| J. Doe 8 | 5.5 years, Current employee | International development | **Questionnaire:** For me, I do not work at CRS because they are Catholic, I work at CRS despite of their Catholic affiliation. I choose to work in international development, I went to graduate school to study international development after I served in the Peace Corps. I want to time I spend my working hours in a way that contribute to efforts to reducing income inequality. After I completed grad school, I applied to more than 40 jobs. CRS was the only organization to offer me a job. Like any organization, there are moral and |

| | | | ethical considerations to make in accepting employment. If I worked for the US government, would that mean that I supported every US policy or action? If I worked for a corporation, would that mean I supported the stockholders earning money from my labor or high CEO pay? CRS is my employer, that does not mean that I agree with every position or decision they make. Similarly, I do not agree with every position of the Catholic Church or USCCB. |
| | | | There are considerations to accepting any job in any organization. I knew accepting the position to work at CRS that 1. they do not provide health insurance to same sex couples and 2. they do not provide condoms in their HIV work. I do not agree with either of these positions. I appreciated the organization's transparency and accepted the resulting moral conflict, recognizing that while our values did not fully align, I agreed with most of them. CRS' guiding principles are admirable (linked here) including that "every person has basic rights and responsibilities that flow from our human dignity and that belong to us as human beings regardless of any social or political structures." For me, this is the important part - that as staff we can all strive to work together to promote "integral human development" which ensures that people can reach their full potential in an atmosphere of peace, social justice and human dignity.  (Below is a description of two online mandatory trainings I had to complete within a month of starting my employment at CRS.) |
| | | | During my orientation they stressed that human dignity is an important aspect of CRS' and I agree with this. "Our belief in Human Dignity not only inspires us to help |

| | | | all people in need, but it also guides how we go about doing that in: |
|---|---|---|---|
| | | | • how we treat everyone we encounter with respect, how we develop and nurture respectful relationships, with our colleagues, our partners and the communities in which we work, |
| | | | • how we design our programming recognizing local knowledge and abilities, listening and working in solidarity with the people closest to the problem, |
| | | | • how we work with local partners to form and support partnerships that build local capacity and amplify our combined efforts, |
| | | | • and how we actively work to prevent the harassment, abuse and exploitation of our staff, our partners, and all those we serve. |
| | | | I support human dignity as it was explained then, and how I have understood it with the colleagues I worked with at CRS over the past 5 years. As far as I can tell, it is the leadership of CRS, who are forced by the USCCB, to ignore the human dignity of people who identity as LGBTQ; it is not the position of staff members I know. |
| | | | I consider my employment as serving the "poor and marginalized," not as serving the Catholic Church. Similar to the employee in the John Doe case, my position is also in tracking, counting, and learning from the projects to continue to improve impact for people overseas. I want this work to continue to improve the impact and work, and hope my small data crunching can contribute to that. I would not have accepted the position in CRS if I had to promote Catholic teachings explicitly, spread the faith, or attend |

| | | | church services regularly. I do not consider my employment as ministerial or a call to service, I consider my employment as trying to do the least harm and potentially do some good with the time and skills I can provide. I am proud to work in solidarity alongside anyone, regardless of their faith, gender identity, or spouse's identity - so long as we all agree to protect human dignity, increase resilience and equity in the world. . . . [redacted for privilege] - - - - - - - - - - - - - - - - - - - Orientation materials I went back to my notes from orientation in [at the start of my employment]. The vast majority of it was not Catholic - it was about policies, procedures, structure, etc. However, there was a presentation on Catholic Identity. I wrote these notes down. <ul><li>We are not just catholic in name, CRS faithfully follows Church teaching in all we do.</li><li>As employees of the Church we are required to follow Church teaching in our work</li><li>CRS does not police your private life, but be respectful</li></ul> I was also required to complete two online training modules.......[redacted for privilege] **Catholic Identity** This course contains essential information about the foundation of Catholic identity for CRS' mission and work. Explains how our mission and guiding principles are founded in Catholic Social teaching, and, through examples of our programs, illustrates how CRS supports and contributes to the integral human development of the poor and marginalized around the world. |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | **Protecting Life**<br>The purpose of this course is to educate all CRS staff that CRS, as an agency of the USCCB, follows the teachings of the Catholic Church on promoting and supporting abstinence before marriage and fidelity within marriage with the aim of changing behaviors and preventing new HIV infections, and that CRS does not support the purchase, promotion, or distribution of condoms. |
| J. Doe 9 | 4 years, Current employee | Works at HQ | **Questionnaire:** I strongly believe in the core values and mission of CRS. This includes striving to protect and promote human dignity in all cases - including those who work for CRS.  One of a few men in a department of women. |
| J. Doe 10 | 10 years, Past employee | Head of programs and business development | **Questionnaire:** I also experienced similar discrimination at CRS and was denied a promotion because of my relationship status with another person of the same gender at the time. Race Non white |
| J. Doe 11 | 6 years; Current employee | Senior Manager | **Questionnaire:** I am bi and could easily be in the same situation if I were not in a straight passing relationship. Employers should not be able to discriminate based on sexual orientation or gender identity of staff and their partners. |
| J. Doe 12 | 17 years; Past employee | Field work; Senior positions at HQ | **Questionnaire:** I resigned from CRS because of the leadership's mistreatment of a fellow employee due to his sexual orientation.<br>Protected characteristics: non-Catholic, over age 40, sex (female). |

# REDI equips us to uphold our agency values.

Since 1943, our agency mission has been to assist marginalized communities around the world. Our work is rooted in **Catholic social teaching** to uphold the sacredness of human life and the dignity of the human person. Regardless of race, religion or ethnicity, we serve based solely on need.

Our mission shapes our relationships, interactions and operations, guiding how we engage with colleagues, partners, donors and project participants. We understand that the true strength of our global outreach lies within our individual and collective passion, creativity and dedication. Embracing diverse perspectives and an inclusive culture allows us to serve vulnerable communities worldwide more compassionately.

Our REDI multi-year strategic framework is designed to leverage human potential and equip us to uphold our agency values in daily operations and interactions, mirroring our approach with the communities we serve.

This report highlights the impact generated by our strategic focus over the past three years. It showcases our dedication to applying a **REDI** lens across agency operations, from recruitment strategies to program design and execution. It is a product of collaborative efforts involving numerous stakeholders who share an unwavering commitment to fostering a **REDI** culture.

ATTACHMENT B

August 31, 2022

To: Candace Osunsade, Global Chief People & Diversity Officer / EVP Human Resources

Dear Candace,

We write this letter in support of our colleague, "John Doe," and to urge that our agency provide spousal insurance benefits to all employees, regardless of sex or sexual orientation.

In *John Doe vs. Catholic Relief Services,* a federal judge has found CRS denial of spousal insurance to our colleague in a same-sex marriage is discriminatory based on US law. We welcome this ruling and opportunity to build a more equitable and inclusive environment that aligns with our agency values.

We celebrate the diversity of our CRS team, composed of employees of different faith and secular traditions who work together towards our shared mission to serve the most vulnerable overseas and assist Catholics to live out their faith in solidarity with these communities in need.

CRS' Catholic identity is at the heart of our mission and guiding principles. This identity does not preclude the fair and equitable treatment of employees. On the contrary, our identity puts us firmly on the side of antidiscrimination. Our guiding principles, drawn from the tradition of Scripture and Catholic social teaching, affirm the sacredness and dignity of the person, community, and solidarity. Our agency has further committed to the values of *Respect, Equity, Diversity, and Inclusion* (REDI), putting these values at the core of our Vision 2030 strategy and our way of working. The work of living out these values is not easy, but CRS has dedicated itself to this task - recognizing that "how we deliver our mission matters as much as what we do."

The true test of our commitment to these guiding principles and REDI values comes in these moments. Our team and the people we serve come from different backgrounds and will often have religious and secular traditions that differ from the Catholic Church doctrine. CRS may not agree with a tradition contrary to church doctrine, but CRS should uphold our legal and moral responsibility to treat employees without discrimination.

We urge CRS to accept the ruling of *John Doe vs. Catholic Relief Services* and provide spousal insurance benefits to all employees, regardless of sex or sexual orientation. We thank our colleague, John Doe, for his bravery in challenging us to better live out our agency values and helping us build an environment that promotes our core value of human dignity and exemplifies Respect, Equity, Diversity, and Inclusion for all.

**From the undersigned employees of CRS**

*Signatories, in alphabetical order:*

Adam Yahyaoui, adam.yahyaoui@crs.org

Aften Beeler, aften.beeler@crs.org

Aida Vejzagic, aida.vejzagic@crs.org

Alan Grundy, Alan.grundy@crs.org

Alberto Andretta, alberto.andretta@crs.org

Alexandra Amling, alexandra.amling@crs.org

Alexia Rivière, alexia.riviere@crs.org

Alison Grieco, alison.grieco@crs.org

Allie Schlafer, alexandria.schlafer@crs.org

Allison Ramirez, allison.ramirez@crs.org

Alvaro Cobo-Santillan, alvaro.cobo@crs.org

Amanda McCullough, amanda.mccullough@crs.org

Amanda Schweitzer, Amanda.Schweitzer@crs.org

Amy Ellis, amy.ellis@crs.org

Ana Ochoa Negrete, ana.ochoa@crs.org

Anais Garcia, anais.garcia@crs.org

Angelina Kaneva, angelina.kaneva@crs.org

Anna Hrybyk, anna.hrybyk@crs.org

Anne Bousquet, anne.bousquet@crs.org

Anne O' Brien, anne.obrien@crs.org

Anne Sellers, anne.sellers@crs.org

Anne-Claire Benoit, anne-claire.benoit@crs.org

Anoutta Vongladsamee, Anoutta.vongladsamee@crs.org

Arlene Benitez, arlene.benitez@crs.org

Armand Joseph Aquino; armandjoseph.aquino@crs.org

Art Kirby, art.kirby@crs.org

Ashlen Nimmo, ashlen.nimmo@crs.org

Aude Archambault, aude.archambault@crs.org

Austen Moore, austen.moore@crs.org

Bassam Kalka, bassam.kalka@crs.org

Beatriz Afanador, beatriz.afanador@crs.org

Benjamin Ace, benjamin.ace@crs.org

Beth Carroll, beth.carroll@crs.org

Beth Collins, Beth.Collins@crs.org

Betsy Wier, betsy.wier@crs.org

Blain Cerney, blain.cerney@crs.org

Brenden Verloop, brenden.verloop@crs.org

Brenden Williams, brenden.williams@crs.org

Brian VanDeBogert, brian.vandebogert@crs.org

Bridget Bucardo Rivera, Bridget.BucardoRivera@crs.org

Bridget Kimball, bridget.kimball@crs.org

Brigid OConnor, brigid.oconnor@crs.org

Brittany Wichtendahl, brittany.wichtendahl@crs.org

Bronwen Moore, bronwen.moore@crs.org

Caitlin Welte, caitlin.welte@crs.org

Cara Bragg, cara.bragg@crs.org

Carlos Barrio, carlos.barrio@crs.org

Carlos Garafulic Salas, carlos.garafulic@crs.org

Caroline Agalheir, caroline.agalheir@crs.org

Caroline Millet, caroline.millet@crs.org

Carolyn Edlebeck, carolyn.edlebeck@crs.org

Chelsea Treadwell, chelsea.treadwell@crs.org

Cheryl Morgan, cheryl.morgan@crs.org

Christopher Bleers,  christopher.bleers@crs.org

Clara Hagens, Clara.Hagens@crs.org

Clayton Maring, clayton.maring@crs.org

Corinne Shutack, corinne.shutack@crs.org

Cornelia Sage, cornelia.sage@crs.org

Corrie Sissons, Corrie.Sissons@crs.org

Courtney Khalil, courtney.khalil@crs.org

Dan Barthmaier, Dan.Barthmaier@crs.org

Dane Fredenburg, dane.fredenburg@crs.org

Daniel Martin, daniel.martin@crs.org

Daniel Thompson, daniel.thompson@crs.org

Daniela Suarez, daniela.suarez@crs.org

Darren Posey, darren.posey@crs.org

David Alt, david.alt@crs.org

Delmis Paz, delmis.paz@crs.org

Dina Brick, geraldine.brick@crs.org

Dominique Guinot, dominique.guinot@crs.org

Donal Reilly, Donal.Reilly@crs.org

Donough Ryan, donough.ryan@crs.org

Edris Shah, edris.shah@crs.org

Edward Walters, edward.walters@crs.org

Eileen Ihrig, eileen.ihrig@crs.org

Elizabeth Fisher, elizabeth.fisher@crs.org

Elizabeth O'Connell, elizabeth.oconnell@crs.org

Elizabeth Shaw, elizabeth.shaw@crs.org

Emily Drummer, emily.drummer@crs.org

Emily McGinnis,  Emily.McGinnis@crs.org

Ephrem Degefhu Beyene, ephrem.degefhu@crs.org

Erica Dahl-Bredine, Erica.Dahl-Bredine@crs.org

Erik Heinonen, erik.heinonen@crs.org

Erin Atwell, erin.atwell@crs.org

Erin Baldridge, erin.baldridge@crs.org

Erin LaCroix, erin.lacroix@crs.org

Erin Lockley, erin.lockley@crs.org

Esther Kauffman, esther.kauffman@crs.org

Federico Rota, federico.rota@crs.org

Felicity Loome, felicity.loome@crs.org

Florence Ntakarutimana, florence.ntakarutimana@crs.org

Gabriel Rossi, gabriel.rossi@crs.org

Gina Castillo, gina.castillo@crs.org

Giulia Frontini, giulia.frontini@crs.org

Hannah Garber, hannah.garber@crs.org

Hannah McLafferty, hannah.mclafferty@crs.org

Haydee Diaz, haydee.diaz@crs.org

Hazel Aregai, hazel.aregai@crs.org

Heather Dolphin, heather.dolphin@crs.org

Hester Smidt, hester.smidt@crs.org

Hilary DuBose, hilary.dubose@crs.org

Holly Fuller, holly.fuller@crs.org

Holly Powers, holly.powers@crs.org

Ian De La Rosa, ian.delarosa@crs.org

Isabel Martins, isabel.martins@crs.org

Jacqui Wagner, jacqueline.wagner@crs.org

James Beighle, james.beighle@crs.org

James Hummer, james.hummer@crs.org

James O'Driscoll, James.odriscoll@crs.org

Jamie Richardson, jamie.richardson@crs.org

Janice John, Janice.john@crs.org

Jason Endaya, jason.endaya@crs.org

Jeane Green, jeane.green@crs.org

Jean-Philippe Debus, JeanPhilippe.Debus@crs.org

Jeffrey L Gilmour, jeff.gilmour@crs.org

Jen Hardy, jen.hardy@crs.org

Jenna McGuire, Jiyeon.mcguire@crs.org

Jennifer Lazuta, jennifer.lazuta@crs.org

Jennifer Mallman, jennifer.mallman@crs.org

Jenny Weatherall, jennifer.weatherall@crs.org

Jerica Itterly, jerica.youngken@crs.org

Jessica Bateman, jessica.bateman@crs.org

Jessica Dittmar, jessica.dittmar@crs.org

Jessie Bennett, jessie.bennett@crs.org

Jo Parsley, joanna.parsley@crs.org

Joanna Heil, joanna.heil@crs.org

John Hembling, john.hembling@crs.org

John Mulqueen, john.mulqueen@crs.org

John OBrien, john.obrien@crs.org

John Service, john.service@crs.org

John Varrieur, john.varrieur@crs.org

Josh Voges, josh.voges@crs.org

Joshua Poole, Joshua.Poole@crs.org

Julie Ideh, julie.ideh@crs.org

Julie Whittaker, julianne.whittaker@crs.org

Kaitlyn Maloney, kaitlyn.maloney@crs.org

Karen Janes Ungar, karen.janes@crs.org

Karimi Gitonga, karimi.gitonga@crs.org

Kate Moran, kate.moran@crs.org

Kathleen Merkel, kathleen.merkel@crs.org

Katie Bentivoglio, katie.bentivoglio@crs.org

Katie Dutko, katherine.dutko@crs.org

Kellie Hynes, Kellie.Hynes@crs.org

Kyla Neilan, kyla.neilan@crs.org

Kylie Garner, kylie.garner@crs.org

Larissa Peters, larissa.peters@crs.org

Laura Fontana, laura.fontana@crs.org

Laura Macklin, laura.macklin@crs.org

Laura Phelan, laura.phelan@crs.org

Laura Rickert, laura.rickert@crs.org

Lauren Oleykowski, lauren.oleykowski@crs.org

Linda Gamova, linda.gamova@crs.org

Lindsay Paul, lindsay.paul@crs.org

Lindsey Lange, lindsey.lange@crs.org

Lisa Hetzel, lisa.hetzel@crs.org

Lisa Kuennen-Asfaw, Lisa.Kuennen@crs.org

Lora Nelson, lora.nelson@crs.org

Lorenza Esquinca Verea, lorenza.esquinca@crs.org

Lori Kunze, lori.kunze@crs.org

Luca Ginoulhiac, luca.ginoulhiac@crs.org

Luis Hurtado, Luis.Hurtado@crs.org

Lynn Guadalupe Staigers, Lupe.Staigers@crs.org

Lynne McDermott, lynne.mcdermott@crs.org

Marc Bavois, marc.bavois@crs.org

Marcia Croft, marcia.croft@crs.org

Marcus Cleveland, marcus.cleveland@crs.org

Maria Cecilia Romano, maria.romano@crs.org

Marianna Hensley, marianna.hensley@crs.org

Marie Miano, marie.miano@crs.org

Marie-Sophie Hou, mariesophie.hou@crs.org

Matt McGarry, matthew.mcgarry@crs.org

Matthew Sarsycki, matthew.sarsycki@crs.org

Megan Gilbert, megan.gilbert@crs.org

Megan McGlinchy, Megan.McGlinchy@crs.org

Megan Stack, megan.stack@crs.org

Meghan Armistead, meghan.armistead@crs.org

Meghan Krumholz, meghan.krumholz@crs.org

Melissa Kreek, melissa.kreek@crs.org

Melissa Stevens, melissa.stevens@crs.org

Melissa Tucker, melissa.tucker@crs.org

Michelin San Diego, michelin.sandiego@crs.org

Michelle Neukirchen, michelle.neukirchen@crs.org

Michelle Ryan, Michelle.ryan@crs.org

Michelle Virgin, michelle.virgin@crs.org

Monika Lussier, monika.lussier@crs.org

Nancy Hearne, nancy.hearne@crs.org

Nell Bolton, nell.bolton@crs.org

Nicolas Meslaoui, nicolas.meslaoui@crs.org

Nicole Balliette, nicole.balliette@crs.org

Nicole Kast, nicole.kast@crs.org

Niek de Goeij, niek.degoeij@crs.org

Noelle Gorman, Noelle.Gorman@crs.org

Ola Musleh, ola.musleh@crs.org

Omar Faisal, omar.dler@crs.org

Owen Fitzgerald, owen.fitzgerald@crs.org

Paola Benjumea, paola.benjumea@crs.org

Patrick Coonan, patrick.coonan@crs.org

Paul W. Townsend, Paul.Townsend@crs.org

Pierre Burgos Cespedes, Pierre.burgos@crs.org

Rachel Bell, rachel.bell@crs.org

Rachel Stroly, rachel.stroly@crs.org

Rafael Merchan, rafael.merchan@crs.org

Raven Jackson, raven.jackson@crs.org

Rebecca Hiemstra, rebecca.hiemstra@crs.org

Renee Lambert, renee.lambert@crs.org

Robert Green, robert.green@crs.org

Roger Sanchez O'Neill, roger.sanchez@crs.org

Sahar Frangieh, sahar.frangieh@crs.org

Samantha Hunt, samantha.hunt@crs.org

Samantha Musson, samantha.musson@crs.org

Samuel Nichols, samuel.nichols@crs.org

Sara Higgins, sara.higgins@crs.org

Sarah Ali, sarah.ali@crs.org

Sarah Baumunk, sarah.baumunk@crs.org

Sarah Cashore, sarah.cashore@crs.org

Sarah Ford, Sarah.Ford@crs.org

Sarah Gilbert, sarah.gilbert@crs.org

Sarah Mills, Sarah.mills@crs.org

Sarah Page, sarah.page@crs.org

Sarah Penniman-Morin, sarah.penniman-morin@crs.org

Seki Hirano, seki.hirano@crs.org

Shea Heller-Antrim shea.antrim@crs.org

Sheena Jones, sheena.jones@crs.org

Sheila Thornton, sheila.thornton@crs.org

Snigdha Chakraborty, Snigdha.Chakraborty@crs.org

Soha Menassa, soha.menassa@crs.org

Sonia Esquibel, Sonia.esquibel@crs.org

Sonja Perakis, sonja.perakis@crs.org

Sophia La Valley, sophia.lavalley@crs.org

Stacy Prieto, stacy.prieto@crs.org

Stephanie French, stephanie.french@crs.org

Suganya Kimbrough, suganya.kimbrough@crs.org

Tara McCaw, tara.mccaw@crs.org

Tenzin Arya, tenzin.arya@crs.org

Terrill Kucera, terrill.kucera@crs.org

Theo Molenbrugge, theo.molenbrugge@crs.org

Therese Hart, therese.hart@crs.org

Thomas Cox, thomas.cox@crs.org

TJ Noble, TJ.Noble@crs.org

Tony Castleman, tony.castleman@crs.org

Tracy Kaye, tracy.kaye@crs.org

Tyler Henry, tyler.henry@crs.org

Veronica Muoio, veronica.muoio@crs.org

Victoria Johnson, Victoria.johnson@crs.org

Victoria Pennacchia, victoria.pennacchia@crs.org

Yenni Suryani, Yenni.Suryani@crs.org

Zachary Kaufmann, zachary.kaufmann@crs.org