# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 12, 2026

_____

## DOCKET CORRECTION NOTICE
_____

No. 25-1569,   <u>John Doe v. Catholic Relief Services</u>
                1:20-cv-01815-JRR

**TO:   State of Maryland**

FILING CORRECTION DUE:  January 20, 2026

<u>Please make the correction identified below and file a corrected document by the date indicated.</u>

[x]  Incorrect event used.  Please file using the **Amicus Curiae/Intervenor Brief** event.

C. Halupa, Deputy Clerk
804-916-2702