# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 12, 2026

_____

## DOCKET CORRECTION NOTICE

_____

No. 25-1569, <u>John Doe v. Catholic Relief Services</u>
              1:20-cv-01815-JRR

TO:    Current and Former Employees of Catholic Relief Service

BRIEF CORRECTION DUE: January 20, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

---

[x] The brief includes an addendum (affidavit) that is non-record material. Please submit the brief without the addendum or file a motion for leave to file the addendum in compliance with Local Rule 28(b).

C. Halupa, Deputy Clerk
804-916-2702