FILED: January 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1569
(1:20-cv-01815-JRR)

_____

JOHN DOE

    Plaintiff - Appellee

v.

CATHOLIC RELIEF SERVICES

    Defendant - Appellant

and

STATE OF MARYLAND; UNITED STATES OF AMERICA,

    Intervenors

----------------------------------

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS; CARDINAL NEWMAN SOCIETY; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS; ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; PROFESSOR HELEN M. ALVARE; MARYLAND CATHOLIC CONFERENCE; CATHOLIC BENEFITS ASSOCIATION

    Amici Supporting Appellant

RELIGIOUS AND CIVIL-RIGHTS ORGANIZATIONS; METROPOLITAN WASHINGTON EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL WOMEN'S LAW CENTER AND FOURTEEN ADDITIONAL ORGANIZATIONS; LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Lambda Legal Defense and Education, Inc.

Lambda Legal Defense and Education, Inc. is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk