UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1569
(1:20-cv-01815-JRR)

_____

JOHN DOE

       Plaintiff - Appellee

v.

CATHOLIC RELIEF SERVICES

       Defendant - Appellant

and

STATE OF MARYLAND; UNITED STATES OF AMERICA,

       Intervenors

------------------------------------

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS; CARDINAL NEWMAN SOCIETY; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS; ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; PROFESSOR HELEN M. ALVARE; MARYLAND CATHOLIC CONFERENCE; CATHOLIC BENEFITS ASSOCIATION

Amici Supporting Appellant

RELIGIOUS AND CIVIL-RIGHTS ORGANIZATIONS; METROPOLITAN WASHINGTON EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL WOMEN'S LAW CENTER AND FOURTEEN ADDITIONAL ORGANIZATIONS; LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of potential amici curiae Current and Former Employees of Catholic Relief Services' motion to file supplemental material as an attachment to their brief, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk