# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 26, 2026

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 25-1569, <u>John Doe v. Catholic Relief Services</u>
1:20-cv-01815-JRR

TO: Lambda Legal Defense and Education Fund, Incorporated
Metropolitan Washington Employment Lawyers Association
Silver Spring United Methodist Church
National Employment Law Project
National Employment Lawyers Association
FreeState Justice
Religious and Civil-Rights Organizations
Legal Aid at Work
Services and Advocacy for Gay, Lesbian, Bisexual, and Transgender Elders, Inc.
National Women's Law Center and Fourteen Additional Organizations
The Public Justice Center
Equality California
National LGBTQ+ Bar Association
Justice in Aging

RESPONSE DUE: 01/29/2026

Response is required to the notice requesting information regarding similar cases on or before 01/29/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

C. Halupa, Deputy Clerk
804-916-2702