FILED: January 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1569
(1:20-cv-01815-JRR)

_____

JOHN DOE

    Plaintiff - Appellee

v.

CATHOLIC RELIEF SERVICES

    Defendant - Appellant

and

STATE OF MARYLAND; UNITED STATES OF AMERICA,

    Intervenors

------------------------------------

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS; CARDINAL NEWMAN SOCIETY; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS; ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; PROFESSOR HELEN M. ALVARE; MARYLAND CATHOLIC CONFERENCE; CATHOLIC BENEFITS ASSOCIATION

    Amici Supporting Appellant

RELIGIOUS AND CIVIL-RIGHTS ORGANIZATIONS; METROPOLITAN

WASHINGTON EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL WOMEN'S LAW CENTER AND FOURTEEN ADDITIONAL ORGANIZATIONS; LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.; THE PUBLIC JUSTICE CENTER; FREESTATE JUSTICE; EQUALITY CALIFORNIA; JUSTICE IN AGING; LEGAL AID AT WORK; NATIONAL EMPLOYMENT LAW PROJECT; NATIONAL LGBTQ+ BAR ASSOCIATION; SERVICES AND ADVOCACY FOR GAY, LESBIAN, BISEXUAL, AND TRANSGENDER ELDERS, INC.; SILVER SPRING UNITED METHODIST CHURCH; CURRENT AND FORMER EMPLOYEES OF CATHOLIC RELIEF SERVICE

    Amici Supporting Appellee

_____

O R D E R

_____

Current and former employees of Catholic Relief Servies have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

                For the Court--By Direction

                /s/ Nwamaka Anowi, Clerk