# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 27, 2026

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 25-1569,   John Doe v. Catholic Relief Services
               1:20-cv-01815-JRR

TO:   Current and Former Employees of Catholic Relief Service

RESPONSE DUE: 01/30/2026

Response is required to the notice requesting information regarding similar cases on or before 01/30/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

C. Halupa, Deputy Clerk
804-916-2702