UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-1569, John Doe v. Catholic Relief Services

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Zinski v. Liberty University, Inc., No. 25-1581 (4th Cir.) (Title VII of the Civil Rights Act of 1967 and religious exemptions; Church autonomy)
>
> General Conference of Seventh-day Adventists v. Horton, No. 25-1735 (4th Cir.) (Title VII of the Civil Rights Act of 1967 and religious exemptions; Maryland Fair Employment Practices Act and religious exemptions; Church autonomy)

Signature: // s // Adam H. Farra    Counsel for: Current/Former CRS Employees

Date: 01/27/2026

**File using event: RESPONSE/ANSWER (to Similar Case notice)**