# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 28, 2026

_____

RULE 46 ADDITIONAL COPIES

_____

No. 25-1569,  John Doe v. Catholic Relief Services
1:20-cv-01815-JRR

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 02/02/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Brief | 3 | Current and Former Employees of Catholic Relief Service |

/s/ NWAMAKA ANOWI, CLERK