# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2026

_____

RULE 46 NOTICE

_____

No. 25-1569, John Doe v. Catholic Relief Services
1:20-cv-01815-JRR

TO: Gregory R. Nevins

**DOCUMENT DUE:** 02/03/2026

The court has not received the document checked below, which it previously directed be filed. Please take notice that counsel's continued noncompliance with this court's filing requirements will be subject to referral to the Standing Panel on Attorney Discipline pursuant to Local Rule 46(g) unless the required document is received in the clerk's office within 15 days of the date of this notice.

| |
|---|
| [x] Response is required to the notice requesting information regarding similar cases. Please refer to the notice issued on 01/26/2026 (DE 147) and file the response - Similar Cases, using the event: RESPONSE/ANSWER (to Similar Case notice). |

C. Halupa, Deputy Clerk
804-916-2702