# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 2, 2026

_____

## DOCKET CORRECTION NOTICE

_____

No. 25-1569,  <u>John Doe v. Catholic Relief Services</u>
1:20-cv-01815-JRR

TO:   Catholic Relief Services

FILING CORRECTION DUE:  February 9, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[x] Incorrect event used. Please refile document using [**BRIEF** and select "**Reply**" as the brief type].

*4 paper copies required.

C. Halupa, Deputy Clerk
804-916-2702