|  |  |  |
|---|---|---|
|  | * |  |
| **JOHN DOE,** | * |  |
| Plaintiff-Appellee, | * | IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT |
| v. | * |  |
| **CATHOLIC RELIEF SERVICES,** | * | CASE NO. 25-1569 |
|  | * |  |
| Defendant-Appellant. | * |  |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF ERRATA TO REPLY BRIEF OF APPELLANT**

Defendant-Appellant Catholic Relief Services ("Catholic Relief Services"), by undersigned counsel, hereby provides notice of a correction to its Reply Brief filed February 2, 2026.

On February 2, 2026, Catholic Relief Services filed a Reply Brief [Doc. 165], that contained a typographical error in its Table of Contents. The Conclusion heading reflected a page number of 266 instead of 26. Catholic Relief Services is simultaneously filing a Corrected Reply Brief to correct its error.

Respectfully submitted,

    */s/ Joe Dugan*
Joe Dugan
Brian Tucker
Collin Wojciechowski
GALLAGHER LLP
218 North Charles Street, Suite 400
Baltimore, Maryland 21201
Phone: (410) 727-7702
jdugan@gallagherllp.com
btucker@gallagherllp.com
cwojciechowski@gallagherllp.com

Dated: February 2, 2026

*Counsel for Defendant-Appellant Catholic Relief Services–United States Conference of Catholic Bishops*